# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KARIN RUTKO,** : | |
| Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 24-CV-1187** |
| : | |
| **MERCK SHARP & DOHME, LLC,** *et al.*,: | |
| Defendants. : | |

## ORDER

**AND NOW**, this 28th day of October, 2024, upon consideration of Defendants Merck Sharp & Dohme LLC and Merck & Co., Inc. (together "Merck") Motion for a More Definite Statement pursuant to Federal Rule of Civil Procedure 12(e), (ECF No. 9), Plaintiff Karin Rutko's Response thereto (ECF No. 15), and Merck's Reply thereon (ECF No. 16), it is **ORDERED** that:

1. The Motion (ECF No. 9) is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2. Merck shall answer the Complaint in accordance with Federal Rule of Civil Procedure 12(a)(4).

BY THE COURT:

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**