**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KARIN RUTKO,<br>    Plaintiff, | : <br> : <br> : |
|     v. | :    Civil No. 5:24-cv-01187-JMG <br> : |
| MERCK SHARP & DOHME LLC, *et al.*,<br>    Defendants. | : <br> : |

**ORDER**

**AND NOW**, this 30th day of June, 2026, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 68), Memorandum of Law in Support of Defendants' Motion for Summary Judgment (ECF No. 68-1), Defendants' Appendix (ECF No. 68-2), Defendants' Statement of Undisputed Material Facts (ECF No. 68-3), Plaintiff's Notice to the Court Regarding Filing Difficulties (ECF No. 72), Plaintiff's Declaration in Opposition to Defendant's [sic] Motion for Summary Judgment (ECF No. 73), Plaintiff's Declaration in Opposition to Defendant's [sic] Motion for Summary Judgment (ECF No. 74), Plaintiff's Responses to Defendant's [sic] Statement of Undisputed Facts (ECF No. 75), Defendants' Reply in Support of Motion for Summary Judgment (ECF No. 78), Plaintiff's Motion for Leave to File Supplemental Declaration (ECF No. 79), and Defendants' Opposition to Plaintiff's Motion for Leave to File Supplemental Declaration (ECF No. 80), **IT IS HEREBY ORDERED** as follows:

1.   Defendants' Motion for Summary Judgment (ECF No. 68) is **GRANTED**.

2.   Plaintiff's Motion for Leave to File Supplemental Declaration (ECF No. 79) is **DENIED**.

3.   The Clerk of Court is **DIRECTED** to **CLOSE** the case.

          BY THE COURT:

          */s/ John M. Gallagher*
          JOHN M. GALLAGHER
          United States District Court Judge